MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons, Bar No. 202284
michael.lyons@morganlewis.com
Jason E. Gettleman, Bar No. 269733
jason.gettleman@morganlewis.com
Austin L. Zuck, Bar No. 318434
austin.zuck@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:  +1.650.843.4000
Fax:  +1.650.843.4001

Attorneys for Defendant and Counterclaim Plaintiff Haas Automation, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Olati LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Haas Automation, Inc.,<br><br>　　　　Defendant.<br><br>Haas Automation, Inc.,<br><br>　　　　Counterclaim Plaintiff,<br><br>　　vs.<br><br>Olati LLC,<br><br>　　　　Counterclaim Defendant. | Case No. 2:20-cv-01650-PSG-JPR<br><br>**NOTICE OF LODGING OF STIPULATED [PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Judge: Hon. Philip S. Gutierrez |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

NOTICE OF LODGING OF STIPULATED
CONSENT JUDGMENT
2:20-CV-01650-PSG-JPR

# NOTICE OF LODGING

Pursuant to L.R. 5-4.4.1, Defendant and Counterclaim Plaintiff Haas Automation, Inc. ("Haas") hereby lodges the attached [Proposed] Stipulated Consent Judgment and Permanent Injunction.  This [Proposed] Stipulated Consent Judgment and Permanent Injunction is related to Dkt. No. 48 (Haas's Motion to Enter Judgement in Favor of Defendant and Counterclaim Plaintiff).

Dated: April 9, 2024

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By */s/ Michael J. Lyons*
Michael J. Lyons
michael.lyons@morganlewis.com
Jason E. Gettleman
jason.gettleman@morganlewis.com
Austin L. Zuck, Bar No. 318434
austin.zuck@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:  +1.650.843.4000
Fax:  +1.650.843.4001

*Attorneys for Defendant and Counterclaim Plaintiff Haas Automation, Inc.*

Morgan, Lewis & Bockius LLP
Attorneys at Law
Silicon Valley

1

NOTICE OF LODGING OF STIPULATED
CONSENT JUDGMENT
2:20-CV-01650-PSG-JPR